STATE OF NEW JERSEY v. JOHN SISTO.

July 14, 1982.

Petition for certification denied.

JAMES R. WHITE v. LOIS WHITE.

July 14, 1982.

Petition for certification denied.

PETER DeROBERTIS v. JOSEPH RANDAZZO.

July 14, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. ASUNCION RIVERA.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW WOODSON.

July 14, 1982.

Petition for certification denied.